**Order entered July 19, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00090-CR

**CARLON LEE LACY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F20-58719-H**

## ORDER

Appellant's brief was due April 21, 2021. When it was not filed, we notified appellant by letter dated April 23, 2021 and instructed him to file a brief and a motion for an extension of time to file the brief within ten days of the date of the letter. On May 12, 2021, we granted appellant's request for an extension of time, making the brief due by June 28, 2021. To date, no brief has been filed, and we have had no communication from appellant regarding the appeal.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; to Jeff Buchwald; and to the Dallas County District Attorney's Office, Appellate Division.

We **ABATE** this appeal to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the Court finds it appropriate to do so.

/s/    ERIN A. NOWELL
        JUSTICE